```
1   ARTURO M. CISNEROS, #120494
    NATHAN F. SMITH, #264635
2   MALCOLM ♦ CISNEROS, A Law Corporation
    2112 Business Center Drive
3   Irvine, California 92612
    Phone: (949) 252-9400
4   Fax: (949) 252-1032
    Email: arturo@mclaw.org; nathan@mclaw.org
5
6   Attorneys for Chapter 7 Trustee, Karen Sue Naylor
```



**FILED & ENTERED**

**JUL 07 2022**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA
### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>U.S. TITAN GROUP INC,<br>　　　　　Debtor.<br><br>KAREN SUE NAYLOR, solely in her capacity as the chapter 7 trustee for the bankruptcy estate of U.S. Titan Group Inc.,<br>　　　　　Plaintiff,<br>　　v.<br>KELLY TAN, an individual,<br>　　　　　Defendant. | Case No. 8:21-bk-10193-TA<br><br>Chapter 7<br><br>Adversary No. 8:22-ap-01031-TA<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND JUDGMENT IN FAVOR OF CHAPTER 7 TRUSTEE, KAREN SUE NAYLOR**<br><br>Hearing:<br>Date: July 7, 2022<br>Time: 11:00 a.m.<br>Location: Via Zoom Teleconference |

Plaintiff Karen Sue Naylor, the duly appointed, qualified, and acting Chapter 7 Trustee ("Trustee" or "Plaintiff") for the bankruptcy estate of U.S. Titan Group Inc. ("Estate") filed her Motion for Entry of Default Judgment on June 9, 2022 ("Motion") (Docket No. 16). The Court, having considered the Motion, the Request for Judicial Notice and Declaration in support thereof, the pleadings and papers on file in this case, and good cause having been shown:

IT IS ORDERED that the Motion is granted.

JUDGMENT is hereby entered in favor of Plaintiff as follows:

1. Judgment is entered in favor of Plaintiff and against Kelly Tan on her claim for Turnover.

2. Judgment is entered in favor of Plaintiff and against Kelly Tan on her claim for Unjust Enrichment.

3. Judgment is entered against Kelly Tan in favor of Chapter 7 Trustee, Karen Sue Naylor, on behalf of the bankruptcy estate of U.S. Titan Group Inc., the amount of $101,512.68, plus pre-judgment interest at a rate of 7% per annum from February 7, 2020 through the date of entry of this Judgment, and post-judgment interest to be afforded in accordance with, and to the extent provided by, 28 U.S.C. § 1961, commencing as of the date of entry of this Judgment.

###

Date: July 7, 2022

Theodor C. Albert
United States Bankruptcy Judge