| ☒ Recording requested by a return to:<br>ARTURO M. CISNEROS<br>NATHAN F. SMITH<br>MALCOLM ♦ CISNEROS, A Law Corporation<br>2112 Business Center Drive<br>Irvine, California 92612 | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>U.S. TITAN GROUP INC,<br>                                  Debtor | CASE NUMBER  8:21-bk-10193-TA<br>ADVERSARY NUMBER  8:22-ap-01031-TA |
| KAREN SUE NAYLOR, solely in her capacity as the chapter 7 trustee for the bankruptcy estate of U.S. Titan Group Inc.,  Plaintiff<br>vs.<br>KELLY TAN, an individual,<br>                                  Defendant | **ABSTRACT OF JUDGMENT** |

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:

    a. Name and address       KELLY TAN

    5408 Walnut Avenue, Suite A, Irvine, CA 92618

    1408 E. Valley Boulevard, Alhambra, CA 91801

    ☐ Address Unknown

    b. Driver's License No.     n/a                                ☐ Unknown

    c. Social Security No.      n/a                                ☐ Unknown

2. The Summons was personally served at, or mail to (address):
Kelly Tan, 5408 Walnut Avenue, Suite A, Irvine, CA 92618; Kelly Tan, 1408 E. Valley Boulevard, Alhambra, CA 91801

3. ☐ Information regarding additional judgment debtors is shown on reverse side.

    Dated:    April 20, 2023                                      _____
                                                                                           (Signature of Judgment Creditor or Attorney)

(Continued on Reverse Side)

Revised February 2010

Abstract of Judgment - Page Two

| In re         (SHORT TITLE) | CHAPTER   8:21-bk-10193-TA |
|---|---|
| U.S. TITAN GROUP INC, Debtor(s). | ADVERSARY NO.: 8:22-ap-01031-TA |

4. I certify that in the above-entitled action and Court, Judgment was entered on ___July 7, 2022___,
in favor of ___Chapter 7 Trustee, Karen Sue Naylor, on behalf of the bankruptcy estate of U.S. Titan Group Inc.,___ and against ___Kelly Tan___

for    $ __101,512.68__    Principal,

$ __0.00__    Interest,

$ __0.00__    Attorney's Fees, and

$ __0.00__    Costs.

A lien in favor of a judgment creditor is:

☒ not endorsed on the judgment.

☐ endorsed on the judgment as follows:

1. Amount $ _____

2. In favor of (name) _____

A stay of execution has:

☒ not been ordered by the Court.

☐ been ordered by the Court effective until (date): _____

Attested this __26th__ day of __April 2023__

(SEAL)

KATHLEEN J. CAMPBELL    /s/ Kathleen J. Campbell
Clerk of the Bankruptcy Court

By: __/s/ Tina Shimizu__
Deputy Clerk

Information regarding additional judgment debtors:

_____
_____
_____
_____

Revised February 2010

1  ARTURO M. CISNEROS, #120494
   NATHAN F. SMITH, #264635
2  MALCOLM ♦ CISNEROS, A Law Corporation
   2112 Business Center Drive
3  Irvine, California 92612
   Phone: (949) 252-9400
4  Fax: (949) 252-1032
5  Email: arturo@mclaw.org; nathan@mclaw.org

6  *Attorneys for Chapter 7 Trustee, Karen Sue Naylor*

FILED & ENTERED

JUL 07 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>U.S. TITAN GROUP INC,<br><br>Debtor.<br><br>―――――――――――――――<br><br>KAREN SUE NAYLOR, solely in her capacity as the chapter 7 trustee for the bankruptcy estate of U.S. Titan Group Inc.,<br><br>Plaintiff,<br><br>v.<br><br>KELLY TAN, an individual,<br><br>Defendant. | Case No. 8:21-bk-10193-TA<br><br>Chapter 7<br><br>Adversary No. 8:22-ap-01031-TA<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND JUDGMENT IN FAVOR OF CHAPTER 7 TRUSTEE, KAREN SUE NAYLOR**<br><br>Hearing:<br>Date: July 7, 2022<br>Time: 11:00 a.m.<br>Location: Via Zoom Teleconference |

Plaintiff Karen Sue Naylor, the duly appointed, qualified, and acting Chapter 7 Trustee ("Trustee" or "Plaintiff") for the bankruptcy estate of U.S. Titan Group Inc. ("Estate") filed her Motion for Entry of Default Judgment on June 9, 2022 ("Motion") (Docket No. 16). The Court, having considered the Motion, the Request for Judicial Notice and Declaration in support thereof, the pleadings and papers on file in this case, and good cause having been shown:

1   IT IS ORDERED that the Motion is granted.

2   JUDGMENT is hereby entered in favor of Plaintiff as follows:

3   1.  Judgment is entered in favor of Plaintiff and against Kelly Tan on her claim for Turnover.

4   2.  Judgment is entered in favor of Plaintiff and against Kelly Tan on her claim for Unjust Enrichment.

5   3.  Judgment is entered against Kelly Tan in favor of Chapter 7 Trustee, Karen Sue Naylor, on behalf of the bankruptcy estate of U.S. Titan Group Inc., the amount of $101,512.68, plus pre-judgment interest at a rate of 7% per annum from February 7, 2020 through the date of entry of this Judgment, and post-judgment interest to be afforded in accordance with, and to the extent provided by, 28 U.S.C. § 1961, commencing as of the date of entry of this Judgment.

###

Date: July 7, 2022

Theodor C. Albert
United States Bankruptcy Judge

Judgment                                    2